**IT IS ORDERED as set forth below:**



Date: August 14, 2020

_____
Wendy L. Hagenau
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUGARLOAF CENTRE, LLC, | ) | Case No. 15-58442-WLH |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER AUTHORIZING AND APPROVING SETTLEMENT AGREEMENT**

This matter is before the Court on the Motion for Order Authorizing Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019 (the "Motion", Doc. No. 143) filed by Ronald L. Glass ("Trustee"), as chapter 11 trustee for the estate of Sugarloaf Centre, LLC ("Sugarloaf"), seeking approval of the Trustee's settlement with Westmoore Lending Partners IV, LLC ("Westmoore").

1

This Court has considered the Motion, the Settlement Agreement filed with the Motion (Doc. No. 143, Exhibit A), and all other pleadings and proceedings in this chapter 11 case. The Court finds that the Court has jurisdiction over this proceeding; that this is a core proceeding; and that notice was proper and sufficient; that the Trustee adequately addressed and satisfied the factors set forth in *Wallis v. Justice Oaks II, Ltd. (In re Justice Oaks II, Ltd.)*, 898 F.2d 1544, 1549 (11th Cir. 1990) to warrant the granting of the Motion; no objections having been filed in response to the Motion; and good cause appearing IT IS HEREBY ORDERED AS FOLLOWS;

1. The Motion is GRANTED. The form of the Settlement Agreement is APPROVED, and its terms are hereby incorporated herein as substantive provisions of this Order and as an order of this Court, and are binding on all parties thereto; provided, however, that in the event of a conflict between the terms of this Order and the Settlement Agreement, the terms of this Order shall govern.

2. The Trustee is authorized to execute and enter the Settlement Agreement, to take all steps necessary to implement the terms of the Settlement Agreement, and to enforce the Settlement Agreement.

3. The automatic stay under Section 362 of the Bankruptcy Code is hereby LIFTED to allow Westmoore to exercise its rights and remedies pursuant to state law with respect to the property located at 1950 and 1970 Satellite Blvd., Duluth, Georgia (the "Property") including, but not limited to conducting a foreclosure sale of the Property and sending any notices and advertising in connection therewith.

4. Subject to and contingent upon entry of a final order dismissing Sugarloaf's bankruptcy case, Westmoore shall be entitled to all cash on hand remaining in Sugarloaf's

bankruptcy estate after payment in full of all other allowed claims, including without limitation administrative, priority and unsecured claims.

5. The parties to the Settlement Agreement are authorized to make any non-material changes to the Settlement Agreement that they all agree to in writing without further Court order.

6. The Court shall retain jurisdiction over any matters relating to this Order and/or Settlement Agreement.

### [END OF DOCUMENT]

**Prepared and presented by:**

_/s/ Lisa Wolgast_____
Frank W. DeBorde (fwd@mmmlaw.com)
Georgia Bar No. 215415
Lisa Wolgast (lwolgast@mmmlaw.com)
Georgia Bar No. 773399
3343 Peachtree Rd., N.E., Suite 1600
Atlanta, Georgia 30326
Telephone:    (404) 233-7000
Facsimile:    (404) 365-9532

*Counsel for the Chapter 11 Trustee*

### Distribution List

| | |
|---|---|
| Sugarloaf Centre, LLC<br>6050 Peachtree Industrial Blvd., Ste 801<br>Norcross, GA 30071-5721 | John A. Christy<br>J. Carole Thompson Hord<br>Schreeder, Wheeler & Flint, LLP<br>1100 Peachtree Street NE, Ste 800<br>Atlanta, GA 30309 |
| M. Denise Dotson<br>M. Denise Dotson, LLC<br>P.O. Box 435<br>Avondale Estates, GA 30003 | David S. Weidenbaum<br>Office of the U. S. Trustee<br>Room 362<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 |
| Frank W. DeBorde<br>Lisa Wolgast<br>Morris, Manning & Martin, LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, NE<br>Atlanta, GA 30326 | Henry F. Sewell, Jr.<br>Law Offices of Henry F. Sewell, Jr., LLC<br>Suite 555<br>2964 Peachtree Road NW<br>Atlanta, GA 30305 |

Walter E. Jones
Balch & Bingham, LLP
30 Ivan Allen Jr. Blvd, NE
Suite 700
Atlanta, GA 30308

Valerie K. Richmond
Burr & Forman LLP
171 Seventeenth Street, NW
Suite 1100
Atlanta, GA 30363

John A. Moffa
Moffa & Breuer, PLLC
3081 E. Commercial Blvd., #204
Fort Lauderdale, FL 33308