

**GLASSRATNER**
a B. Riley Financial company

August 19, 2020                                                                                    Invoice # : 54592

TOM DWORSCHAK
US DEPARTMENT OF JUSTICE
362 RICHARD RUSSELL BUILDING
75 TED TURNER DRIVE
ATLANTA GA 30303

In Reference To: **Sugarloaf Centre, LLC - FA**

For professional services rendered during the period  July 1, 2020        through    August 18, 2020

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| William McCaleb | 1.30 | 375.00 |
| Bernadette Lombardo, CPA, CFE, CIRA | 7.50 | 295.00 |
| Joel Murovitz, LEED AP, Licensed Real Estate Broker | 1.20 | 295.00 |
| Shana Hood | 3.00 | 165.00 |

|  | Hours | Amount |
|---|---|---|
| Subtotal of charges | | $3,549.00 |
| Total Professional Service Fees | 13.00 | $3,549.00 |

**Out-of-Pocket Expenses:**

| | |
|---|---|
| Pacer charges | 4.70 |
| Subtotal of charges | $4.70 |
| Total expenses | $4.70 |

| | |
|---|---|
| Total amount of this bill | $3,553.70 |
| Previous balance | $8,457.93 |
| Balance due | $12,011.63 |

**Thank you for working with GlassRatner, we don't take our clients for granted.**

For our wiring instructions, please contact GlassRatner directly using the contact information below.                        Tax ID Number: 83-1277218
3445 Peachtree Rd. NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804 | www.glassratner.com

**Professional Services Detail**

|  |  |  |  | Hours |
|---|---|---|---|---|

### Business Operations

| Date | Person | Description | | Hours |
|---|---|---|---|---|
| 7/7/2020 | B. Lombardo | Update rent roll and calculate aging for June 2020 MOR | | 0.30 |
|  | B. Lombardo | Download June 2020 bank statement and reconcile to ledger, redact for MOR and update cash ledger with cash activity to date | | 0.40 |
| 7/8/2020 | J. Murovitz | Request insurance renewal update | | 0.80 |
| 7/16/2020 | S. Hood | Process payables | | 1.00 |
| 7/22/2020 | J. Murovitz | Request insurance renewal update | | 0.40 |
| 8/5/2020 | B. Lombardo | Update cash ledger with online bank activity and forward cash balance to counsel | | 0.30 |
| 8/6/2020 | B. Lombardo | Review rent payments, update rent roll and correspond with S. Hood re: efforts in collecting past due amounts | | 0.40 |
|  | S. Hood | Update & explain deliquency report for MOR. | | 0.70 |
|  | J. Murovitz | erroneous timeslip | | 0.00 |
| 8/10/2020 | S. Hood | Rent deposit | | 0.80 |
| 8/14/2020 | S. Hood | Payables | | 0.50 |
|  | SUBTOTAL: |  | [    5.60 | 0.00] |

### Case Administration

| Date | Person | Description | | Hours |
|---|---|---|---|---|
| 7/7/2020 | B. Lombardo | Prepare June 2020 MOR including review and analysis of supporting documents | | 1.40 |
| 7/8/2020 | B. Lombardo | Correspond with team re: insurance renewal for MOR | | 0.10 |
| 7/13/2020 | B. Lombardo | Review and update June MOR with insurance renewals, signature date, process for Trustee signature and forward to counsel for filing | | 0.20 |
| 8/3/2020 | B. Lombardo | Download bank statements, reconcile and redact for MOR | | 0.20 |
| 8/14/2020 | B. Lombardo | Prepare July MOR, including review and analysis of supporting documents | | 1.60 |
| 8/17/2020 | B. Lombardo | Coordinate Trustee signature and filing with counsel of July MOR | | 0.10 |
|  | SUBTOTAL: |  | [    3.60 | 0.00] |

### Claims Administration

| Date | Person | Description | | Hours |
|---|---|---|---|---|
| 7/30/2020 | B. Lombardo | Begin preparing claims distribution schedule | | 0.30 |
| 7/31/2020 | B. Lombardo | Begin contacting creditors to confirm outstanding balance in connection with claims distributions - in progress | | 1.40 |
| 8/4/2020 | B. Lombardo | Prepare correspondence to J. Murovitz re: schedule F creditors | | 0.10 |
|  | B. Lombardo | Prepare correspondence to T. Wagner re: claims research finings | | 0.20 |
|  | B. Lombardo | Review and update schedule related to claims research | | 0.50 |
|  | SUBTOTAL: |  | [    2.50 | 0.00] |

### Employment/Fee Apps

| Date | Person | Description | | Hours |
|---|---|---|---|---|
| 7/9/2020 | W. McCaleb | Download of time and related files for fee app | | 0.40 |
| 7/21/2020 | W. McCaleb | Review of draft fee app | | 0.30 |
| 8/18/2020 | W. McCaleb | Correspondence with various individuals regarding final fee app | | 0.50 |
|  | W. McCaleb | Payment of fee Apps for MMM and GR | | 0.10 |
|  | SUBTOTAL: |  | [    1.30 | 0.00] |

|  |  | Total | 13.00 |
|---|---|---|---|